IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEON TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | 8:06cv721 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 2, the Application for Leave to Proceed In Forma Pauperis ("IFP") filed by the petitioner, Leon Taylor. Upon review of the petition and the petitioner's trust account information, I conclude that the petitioner's claims are not frivolous and he qualifies financially to proceed IFP. Therefore, filing no. 2 is granted.

SO ORDERED.

DATED this 29th day of January, 2007.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge